PEOPLE, Respondent, v. HARPER, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 11, 1905.) Proceedings by the people of the state of New York against Rozell Harper.

PER CURIAM. Judgment affirmed, with costs.

WILLIAMS and STOVER, JJ., dissent, for the reasons stated by them in dissenting opinion in People v. Snyder, 90 App. Div. 422, 86 N. Y. Supp. 415.

PEOPLE, Respondent, v. JONES, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 11, 1905.) Proceedings by the people of the state of New York against George Jones. No opinion. Judgment of conviction affirmed.

PEOPLE, Respondent, v. KANTER, Appellant. (Supreme Court, Appellate Division, First Department. January 6, 1905.) Proceedings by the people of the State of New York against Charles Kanter. M. D. Steuer, for appellant. H. S. Gans, for respondent. No opinion. Judgment affirmed.

PEOPLE v. KELLOGG. (Supreme Court, Appellate Division, First Department. December 16, 1904.) Proceedings by the people of the state of New York against James B. Kellogg. No opinion. Motion denied. See memorandum.

PEOPLE, Respondent, v. KORNFELD, Appellant. (Supreme Court, Appellate Division, First Department. January 6, 1905.) Proceedings by the people of the state of New York against Max Kornfeld. C. Cohn, for appellant. H. S. Gans, for the People. No opinion. Judgment affirmed.

PEOPLE v. MARTIN et al. (two cases). (Supreme Court, Appellate Division, First Department. December 16, 1904.) Proceedings by the people of the state of New York against Robert L. Martin and others. No opinion. Motion denied.

PEOPLE v. QUINN. (Supreme Court, Appellate Division, First Department. December 16, 1904.) Proceedings by the people of the state of New York against Rosie Quinn. No opinion. Motion denied. See memorandum.

PEOPLE ex rel. BINGHAM v. TOWNSON et al. (Supreme Court, Appellate Division, Fourth Department. January 26, 1905.) Proceedings by the people of the state of New York, on the relation of George Bingham, against Andrew J. Townson and others. No opinion. Writ of certiorari dismissed, and determination of the respondents confirmed, with $50 costs and disbursements.

PEOPLE ex rel. BRENNAN v. PART-RIDGE, Com'r. (Supreme Court, Appellate Division, First Department. December 9, 1904.) Proceedings by the people of the state of New York, on the relation of Thomas Brennan, against John N. Partridge, commissioner. H. Ringress, for relator. T. Connoly, for respondent. No opinion. Writ dismissed, with costs.

PEOPLE ex rel. COMMISSIONER OF CHARITIES v. CONGLETON. (Supreme Court, Appellate Division, First Department. January 20, 1905.) Proceedings by the people of the state of New York, on the relation of the commissioner of charities, against Osborne Congleton. No opinion. Motion granted, so far as to dismiss appeal, with $10 costs.

PEOPLE ex rel. COUGHLIN, Appellant, v. HAYES, Respondent. (Supreme Court, Appellate Division, First Department. January 20, 1905.) Proceedings by the people of the state of New York, on the relation of Timothy J. Coughlin, against Nicholas J. Hayes. R. Foster, for appellant. W. B. Crowell, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

(100 App. Div. 515)

PEOPLE ex rel. DELAWARE & H. RY. CO., Respondent, v. WELLS et al., Appellants. (Supreme Court, Appellate Division, First Department. January 6, 1905.) Proceedings by the people of the state of New York, on the relation of the Delaware & Hudson Railway Company, against James L. Wells and others. D. Rumsey, for appellants. A. Opdyke, for respondent.

PER CURIAM. Order affirmed, with $10 costs and disbursements, on the authority of People ex rel. Citizens' Lighting Co. v. Feitner, 81 App. Div. 118, 81 N. Y. Supp. 73, and People ex rel. Bibb Mfg. Co. v. Wells, 84 App. Div. 330, 82 N. Y. Supp. 564.